Matthew C. Addison (NSBN 4201)
Philip M. Mannelly (NSBN 14236)
McDonald Carano LLP
100 West Liberty Street, 10th Floor
Reno, NV 89501
(775) 788-2000
maddison@mcdonaldcarano.com
ahosmerhenner@mcdonaldcarano.com
pmannelly@mcdonaldcarano.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PAINTERS AND FLOORCOVERERS JOINT COMMITTEE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> OLYMPUS AND ASSOCIATES, INC. dba OLYMPUS PAINTING & SANDBLASTING, *et al.*, <br><br> Defendants. | Case No.: 2:19-cv-00252-JAD-VCF <br><br> **AMENDED STIPULATION AND ORDER FOR EXTENSIONS OF TIME REGARDING BRIEFING SCHEDULES ON MOTIONS FOR SUMMARY JUDGMENT** <br> **[First Request]** |

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule IA 6-1 and LR 7-2, Defendants Olympus and Associates, Inc. dba Olympus Painting & Sandblasting, a Nevada corporation ("Olympus"), George Tsiopos ("G. Tsiopos"), Lazarus Tsiopos ("L. Tsiopos"), and Great American Insurance Company, an Ohio Corporation ("Great American") (collectively "Defendants"), and the Plaintiffs, the Board of Trustees of the Painters and Floorcoverers Joint Committee, *et al.* ("Plaintiffs" or "Trusts"), each acting by and through their undersigned counsel, hereby stipulate and agree as follows:

1. On June 15, 2020, Plaintiffs filed and served Plaintiffs' Motion for Summary Judgment ("Plaintiffs' Motion") [**ECF No. 30**].

/ / /

/ / /

2. On June 15, 2020, Defendants filed and served Defendants' Motion for Summary Judgment for Failure to Disclose Damages Expert ("Defendants' Motion") [**ECF No. 31**].

3. The current deadline for Plaintiffs to file and serve a response to Defendants' Motion is July 6, 2020.

4. The current deadline for Defendants to file and serve a response to Plaintiffs' Motion is July 6, 2020.

5. The Parties have reached an agreement on deadlines for their respective responses and replies to Plaintiffs' Motion and Defendants' Motion.

6. This Stipulation and the Parties' request for an Order consistent with the deadlines set forth in this Stipulation are made in good faith and not for a dilatory reason or to cause undue delay.

7. The Parties respectfully request the extensions identified herein due to the voluminous nature of Plaintiffs' Motion and related exhibits as well as pre-existing unavoidable scheduling conflicts that hinder the Parties' ability to fully research, analyze, and address the issues identified in the moving papers absent such extensions.

**NOW, THEREFORE,** the Parties stipulate as hereinafter set forth and respectfully request that the Court enter an Order approving this Stipulation as follows:

1. Plaintiffs' response to Defendants' Motion shall be due on or before July 13, 2020.

2. Defendants' response to Plaintiffs' Motion shall be due on or before July 13, 2020.

3. Plaintiffs' reply to Defendants' response shall be due on or before August 14, 2020.

/ / /

/ / /

/ / /

/ / /

/ / /

2

4. Defendants' reply to Plaintiffs' response shall be due on or before August 14, 2020.

| CHRISTENSEN JAMES & MARTIN, CHTD. | MCDONALD CARANO, LLP |
|---|---|
| Dated: July 6, 2020 | Dated: July 6, 2020 |
| By: */s/ Wesley J. Smith* <br> Wesley J. Smith, Esq. (NSBN 11871) <br> Kevin B. Christensen, Esq. (NSBN 175) <br> Kevin B. Archibald, Esq. (NSBN 13817) <br> 7440 W. Sahara Avenue <br> Las Vegas, Nevada 89117 <br> Phone: (702) 255-1718 <br> wes@cjmlv.com <br> kbc@cjmlv.com <br> kba@cjmlv.com <br> *Attorneys for Plaintiffs* | By: */s/ Philip M. Mannelly* <br> Matthew C. Addison (NSBN 4201) <br> Philip M. Mannelly (NSBN 14236) <br> 100 W. Liberty St., 10th Fl. <br> Reno, Nevada 89501 <br> Phone: (775) 788-2000 <br> maddison@mcdonaldcarano.com <br> ahosmerhenner@mcdonaldcarano.com <br> pmannelly@mcdonaldcarano.com <br> *Attorneys for Defendants* |

**ORDER**

Based on the parties' Stipulation **[ECF No. 34]**, and good cause appearing, IT IS HEREBY ORDERED that the briefing deadlines for the pending motions for summary judgment are established as identified in the parties' Stipulation and herein above.

_____
U.S. District Judge Jennifer A. Dorsey

Dated: 7/7/2020

Submitted By:

McDONALD CARANO LLP

By: */s/ Philip M. Mannelly*
    Matthew C. Addison (NSBN 4201)
    Philip M. Mannelly (NSBN 14236)
    100 West Liberty Street, 10th Floor
    Reno, Nevada 89501
    *Attorneys for Defendants*

3