**CHRISTENSEN JAMES & MARTIN, CHTD.**
Kevin B. Christensen, Esq. (175)
Wesley J. Smith, Esq. (11871)
Kevin B. Archibald, Esq. (13817)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
kbc@cjmlv.com, wes@cjmlv.com, kba@cjmlv.com,
*Attorneys for Plaintiffs Board of Trustees of the
Painters & Floorcoverers Joint Committee, et al.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PAINTERS AND FLOORCOVERERS JOINT COMMITTEE; *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>OLYMPUS AND ASSOCIATES, INC. dba OLYMPUS PAINTING & SANDBLASTING, a Nevada corporation, *et al.*,<br><br>Defendants. | CASE NO.: 2:19-cv-00252-JAD-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE**<br><br>**[FIRST REQUEST]** |

Plaintiffs, the Board of Trustees of the Painters and Floorcoverers Joint Committee, *et al.* ("Plaintiffs" or "Trusts"), and Defendants Olympus and Associates, Inc. dba Olympus Painting & Sandblasting, George Tsiopos, Lazarus Tsiopos, and Great American Insurance Company ("Defendants") (collectively the "Parties"), each acting by and through their undersigned counsel, pursuant to the LR IA 6-1, hereby stipulate and agree as follows:

1. On May 20, 2021, the Court issued its Order Scheduling a Settlement Conference [ECF No. 43], wherein the Court scheduled a Settlement Conference on June 30, 2021.

2. Due to preexisting scheduling conflicts that cannot be rearranged, neither Plaintiffs nor Defendants are available on June 30, 2021.

CHRISTENSEN JAMES & MARTIN, CHTD.
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

3. The Parties therefore request a continuance of the Settlement Conference to a date and time when their representatives and counsel are available to meaningfully participate.

4. The Parties are available on July 14, 16, 19, 23, and 27-30, 2021.

5. The Parties are not available on the following dates: June 30 – July 13, July 15, 20, 21, 22 and 26, and August 2 – September 6, 2021.

6. This is the first stipulation to continue the Settlement Conference.

| | |
|---|---|
| CHRISTENSEN JAMES & MARTIN, CHTD. | MCDONALD CARANO |
| By: /s/ Wesley J. Smith | By: /s/ Philip Mannelly |
| Wesley J. Smith, Esq. | Philip Mannelly, Esq. |
| Nevada Bar No. 11871 | Nevada Bar No. 14236 |
| 7440 W. Sahara Avenue | 100 W. Liberty St., 10th Fl. |
| Las Vegas, Nevada 89117 | Reno, Nevada 89501 |
| Phone: (702) 255-1718 | Phone: (775) 788-2000 |
| Email: wes@cjmlv.com | Email: pmannelly@mcdonaldcarano.com |
| *Attorneys for Board of Trustees of the Painters & Floorcoverers Joint Committee, et al.* | *Attorneys for Olympus and Associates, Inc. dba Olympus Painting & Sandblasting, George Tsiopos, Lazarus Tsiopos, and Great American Insurance Company* |
| Dated: May 25, 2021 | Dated: May 25, 2021 |

IT IS HEREBY ORDERED that the settlement conference scheduled for June 30, 2021, is VACATED, and RESCHEDULED to 10:00 AM, July 28, 2021. The confidential statement is due by 4:00 PM, July 21, 2021. All else as stated in the Order (ECF NO. 43) setting the settlement conference remains unchanged.

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

Dated: 5-26-2021

SUBMITTED BY:

CHRISTENSEN JAMES & MARTIN

By: /s/ *Wesley J. Smith*
Wesley J. Smith, Esq.
*Attorneys for Plaintiffs*

-2-

## CERTIFICATE OF SERVICE

I am an employee of Christensen James & Martin. On the date of filing of the foregoing papers with the Clerk of Court I caused a true and correct copy to be served in the following manner:

☒ ELECTRONIC SERVICE: Pursuant to Local Rule LR IC 4-1 of the United States District Court for the District of Nevada, the above-referenced document was electronically filed and served on all appearing parties through the Notice of Electronic Filing automatically generated by the Court.

☐ UNITED STATES MAIL: By depositing a true and correct copy of the above-referenced document into the United States Mail with prepaid first-class postage, addressed to the parties at their last-known mailing address(es):

☐ OVERNIGHT COURIER: By depositing a true and correct copy of the above-referenced document for overnight delivery via a nationally-recognized courier, addressed to the parties listed below at their last-known mailing address.

☐ FACSIMILE: By sending the above-referenced document via facsimile to those persons listed on the attached service list at the facsimile numbers set forth thereon.

**CHRISTENSEN JAMES & MARTIN**

By: __/s/ Natalie Saville__

-3-