**CHRISTENSEN JAMES & MARTIN, CHTD.**
Daryl E. Martin, Esq. (6735)
Wesley J. Smith, Esq. (11871)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
dem@cjmlv.com, wes@cjmlv.com
*Attorneys for Plaintiffs Board of Trustees of the
Painters & Floorcoverers Joint Committee, et al.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PAINTERS AND FLOORCOVERERS JOINT COMMITTEE; *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>OLYMPUS AND ASSOCIATES, INC. dba OLYMPUS PAINTING & SANDBLASTING, a Nevada corporation, *et al.*,<br><br>Defendants. | CASE NO.: 2:19-cv-00252-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR FILING JOINT PRETRIAL ORDER**<br><br>**[SECOND REQUEST]**<br><br>ECF No. 47 |

Plaintiffs, the Board of Trustees of the Painters and Floorcoverers Joint Committee, *et al.* ("Plaintiffs" or "Trusts"), and Defendants Olympus and Associates, Inc. dba Olympus Painting & Sandblasting, George Tsiopos, Lazarus Tsiopos, and Great American Insurance Company ("Defendants") (collectively the "Parties"), each acting by and through their undersigned counsel, pursuant to the LR IA 6-1, hereby stipulate and agree as follows:

1. On July 28, 2021, the Settlement Conference was concluded without settlement and the case returned to the normal litigation track [ECF No. 46].

2. Pursuant to the Parties' request at the Settlement Conference, the deadline for the proposed Joint Pretrial Order was set for September 10, 2021 [ECF No. 46].

3. The Parties are actively working on the proposed Joint Pretrial Order and have a substantial draft in progress.

4. However, the Parties still have considerable work to finalize the Joint Pretrial Order, including reviewing redline changes to the facts and law sections, reviewing proposed exhibits, and determining whether objections are necessary in any aspect.

5. The Parties therefore request a three-week extension to the existing deadline.

6. Following the Parties' oral request for additional time at the Settlement Conference, this is the Parties' second request to extend the deadline to file the proposed Joint Pretrial Order.

7. Therefore, the Parties agree and respectfully request to extend the deadline for filing the proposed Joint Pretrial Order to Friday, October 1, 2021.

CHRISTENSEN JAMES & MARTIN, CHTD.

By:  /s/ Wesley J. Smith
Wesley J. Smith, Esq.
Nevada Bar No. 11871
*Attorneys for Board of Trustees of the Painters & Floorcoverers Joint Committee, et al.*

Dated: September 9, 2021

MCDONALD CARANO

By:  /s/ Philip Mannelly
Philip Mannelly, Esq.
Nevada Bar No. 14236
*Attorneys for Olympus and Associates, Inc. dba Olympus Painting & Sandblasting, George Tsiopos, Lazarus Tsiopos, and Great American Insurance Company*

Dated: September 9, 2021

**IT IS SO ORDERED.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 12, 2021

SUBMITTED BY:

CHRISTENSEN JAMES & MARTIN

By:  /s/ Wesley J. Smith
Wesley J. Smith, Esq.
*Attorneys for Plaintiffs*

-2-