1  **CHRISTENSEN JAMES & MARTIN, CHTD.**
Daryl E. Martin, Esq. (6735)
2  Wesley J. Smith, Esq. (11871)
7440 W. Sahara Avenue
3  Las Vegas, Nevada 89117
Telephone: (702) 255-1718
4  Facsimile: (702) 255-0871
dem@cjmlv.com, wes@cjmlv.com
5  *Attorneys for Plaintiffs Board of Trustees of the*
*Painters & Floorcoverers Joint Committee, et al.*
6

7  **UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

8  BOARD OF TRUSTEES OF THE            CASE NO.: 2:19-cv-00252-JAD-VCF
PAINTERS AND FLOORCOVERERS
9  JOINT COMMITTEE; *et al.*,

10            Plaintiffs,                      **STIPULATION AND ORDER TO**
**EXTEND TIME FOR FILING**
**JOINT PRETRIAL ORDER**
11  vs.

12  OLYMPUS AND ASSOCIATES, INC. dba    **[THIRD REQUEST]**
OLYMPUS PAINTING &
13  SANDBLASTING, a Nevada corporation, *et*
*al.*,
14

15            Defendants.

16        Plaintiffs, the Board of Trustees of the Painters and Floorcoverers Joint Committee, *et*

17  *al.* ("Plaintiffs"), and Defendants Olympus and Associates, Inc., *et al.* ("Defendants")

18  (collectively the "Parties"), each acting by and through their undersigned counsel, pursuant to

19  the LR IA 6-1, hereby stipulate and agree as follows:

20        1.      On September 12, 2021, the Court granted the Parties' Second Stipulation and

21  Order to Extend Time for Filing Joint Pretrial Order [ECF No. 48], which extending the

22  deadline for filing the proposed Joint Pretrial Order to October 1, 2021.

23        2.      The Parties have continued to work toward a final draft of the proposed Joint

24  Pretrial Order.

25        3.      On Friday, September 24, 2021, Plaintiffs' counsel emailed a revised redline

26  of the proposed Joint Pretrial Order to Defendants' counsel.

27

28

1    4.    Shortly thereafter, but before Defendants' counsel could access the revised

2  draft, McDonald Carano experienced a firm wide server outage which has not yet been

3  resolved. This outage has prevented Defendants' counsel from accessing email and electronic

4  files, including potential trial exhibits for review and identification.

5    5.    The Parties are attempting to work through this issue but believe that

6  additional time is necessary.

7    6.    The Parties therefore request an extension of the deadline to file the proposed

8  Joint Pretrial Order to October 15, 2021.

9    7.    This is the Parties' third request to extend the deadline to file the proposed

10  Joint Pretrial Order.

11  CHRISTENSEN JAMES & MARTIN, CHTD.          MCDONALD CARANO
    By:   /s/ Wesley J. Smith                 By:   /s/ Philip Mannelly
12  Wesley J. Smith, Esq.                      Philip Mannelly, Esq.
13  Nevada Bar No. 11871                       Nevada Bar No. 14236
    *Attorneys for Board of Trustees of the*   *Attorneys for Olympus and Associates,*
14  *Painters & Floorcoverers Joint*           *Inc. dba Olympus Painting &*
    *Committee, et al.*                        *Sandblasting, George Tsiopos, Lazarus*
15                                             *Tsiopos, and Great American Insurance*
    Dated: September 27, 2021                  *Company*
16

17                                             Dated: September 27, 2021

18

19                                             **IT IS SO ORDERED.**

20  _____
                                               United States Magistrate Judge
21

22                                                     9-29-2021
                                               Dated: _____
23

24  SUBMITTED BY:

25  CHRISTENSEN JAMES & MARTIN

26  By:  /s/ Wesley J. Smith
    Wesley J. Smith, Esq.
27  *Attorneys for Plaintiffs*

                            -2-
28

CHRISTENSEN JAMES & MARTIN, CHTD.
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

**CHRISTENSEN JAMES & MARTIN, CHTD.**
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

1

2

## CERTIFICATE OF SERVICE

3          I am an employee of Christensen James & Martin.  On the date of filing of the
foregoing papers with the Clerk of Court I caused a true and correct copy to be served in the
4  following manner:

5

⊠          ELECTRONIC SERVICE:    Pursuant to Local Rule LR IC 4-1 of the United States
6  District Court for the District of Nevada, the above-referenced document was electronically
filed and served on all appearing parties through the Notice of Electronic Filing
7  automatically generated by the Court.

8

☐          UNITED STATES MAIL:     By depositing a true and correct copy of the above-
9  referenced document into the United States Mail with prepaid first-class postage, addressed
to the parties at their last-known mailing address(es):

10

☐          OVERNIGHT COURIER:     By depositing a true and correct copy of the above-
11  referenced document for overnight delivery via a nationally-recognized courier, addressed to
the parties listed below at their last-known mailing address.
12

13  ☐          FACSIMILE:  By sending the above-referenced document via facsimile to those
persons listed on the attached service list at the facsimile numbers set forth thereon.
14

15                                                         **CHRISTENSEN JAMES & MARTIN**

16                                                         By:  ___/s/ Natalie Saville_____

17

18

19

20

21

22

23

24

25

26

27

28

-3-