Matthew Addison (NSBN 4201)
Philip Mannelly (NSBN 14236)
McDONALD CARANO LLP
100 West Liberty Street, 10th Floor
Reno, Nevada 89501
(775) 788-2000
maddison@mcdonaldcarano.com
pmannelly@mcdonaldcarano.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PAINTERS AND FLOORCOVERERS JOINT COMMITTEE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>OLYMPUS AND ASSOCIATES, INC. *et al.*,<br><br>Defendants. | Case No.: 2:19-cv-00252-JAD-VCF<br><br>**NOTICE OF SETTLEMENT AND STIPULATION FOR STAY OF PENDING DEADLINES**<br><br>ECF Nos. 79, 81 |

PLEASE TAKE NOTICE that Plaintiffs and Defendants have reached a settlement resolution in the above-captioned matter. The parties are in the process of preparing and finalizing settlement documents and anticipate filing a satisfaction of judgment once such documents have been executed. The parties hereby stipulate to stay all pending deadlines,

//
//
//
//
//
//
//
//

including the deadlines for briefing the pending Plaintiffs' Motion for Fees and Costs [ECF No. 79], for thirty (30) days and respectfully request that the Court enter an order accordingly.

| CHRISTENSEN JAMES & MARTIN, CHTD. | MCDONALD CARANO, LLP |
|---|---|
| Dated: May 11, 2022 | Dated: May 11, 2022 |
| By: */s/ Wesley J. Smith*<br>Wesley J. Smith, Esq. (NSBN 11871)<br>Daryl Martin, Esq. (NSBN 6735)<br>7440 W. Sahara Avenue<br>Las Vegas, Nevada 89117<br>Phone: (702) 255-1718<br>wes@cjmlv.com<br>dem@cjmlv.com<br><br>*Attorneys for Plaintiffs* | By: */s/ Philip M. Mannelly*<br>Matthew C. Addison (NSBN 4201)<br>Philip M. Mannelly (NSBN 14236)<br>100 W. Liberty St., 10th Fl.<br>Reno, Nevada 89501<br>Phone: (775) 788-2000<br>maddison@mcdonaldcarano.com<br>ahosmerhenner@mcdonaldcarano.com<br>pmannelly@mcdonaldcarano.com<br><br>*Attorneys for Defendants* |

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED that all pending deadlines, including the deadlines for briefing the pending Plaintiffs' Motion for Fees and Costs [ECF No. 79] are stayed for thirty (30) days as identified in the parties' Notice of Settlement and Stipulation for Stay of Pending Deadlines above.

IT IS SO ORDERED.

_____
JENNIFER A. DORSEY
U.S. DISTRICT JUDGE

Dated: 5-11-22

Submitted By:

McDONALD CARANO LLP

By: */s/ Philip M. Mannelly*
    Matthew C. Addison (NSBN 4201)
    Philip M. Mannelly (NSBN 14236)
    100 West Liberty Street, 10th Floor
    Reno, Nevada 89501
    *Attorneys for Defendants*

2